# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

ANDREW ALEXANDER, )
)
       Petitioner, )
)
vs. ) NO. CIV-15-580-HE
)
TIM WILKERSON, )
)
       Respondent. )

## ORDER

Petitioner Andrew Alexander, a state prisoner appearing *pro se,* filed a petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Consistent with 28 U.S.C. §636(b)(1)(B), C, the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. She has recommended that the petition be denied and petitioner has filed an objection to the Report and Recommendation.

Petitioner was convicted by a jury in the District Court of Greer County, Oklahoma, of lewd molestation and sentenced to thirty-five years imprisonment. He appealed and the Oklahoma Court of Criminal Appeals affirmed his conviction.

In his habeas petition petitioner raised ten grounds for relief, which the magistrate judge addressed in a thorough Report and Recommendation. Although he filed a timely objection, in it petitioner simply lists his claims, without any discussion.

"[A] party's objections to the magistrate judge's report and recommendation must be both timely and <u>specific</u> to preserve an issue for de novo review by the district court or for appellate review." United States v. 2121 E. 30th St., 73 F.3d 1057, 1060 (10th Cir. 1996)

(emphasis added); *see* McMullin v. Bravo, 530 Fed. Appx. 693, 696 (10th Cir. 2013).  By failing to make specific objections to the Report and Recommendation, petitioner waived his right to appellate review of the factual and legal issues it addressed.[1]  2121 E. 30th St., 73 F.3d at 1060.

Accordingly, the court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation and **DENIES** the petition for writ of habeas corpus.  The court also **DENIES** a certificate of appealability as it finds petitioner has not made "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**.

Dated this 24th day of February, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE

---

[1]While there is an interest of justice exception to the firm waiver rule, 2121 E. 30th St., 73 F.3d at 1060, the court finds no basis for its application here.